**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF | : | No. 20 MAP 2020 |
| ELVIRA N. BERRY FOR THE | : | |
| DEMOCRATIC PARTY NOMINATION FOR | : | |
| SENATOR IN THE GENERAL ASSEMBLY | : | Appeal from the Order of the |
| FROM THE SEVENTEENTH SENATORIAL | : | Commonwealth Court at No. 150 MD |
| DISTRICT IN THE APRIL 28, 2020 | : | 2020 dated March 10, 2020. |
| PRIMARY ELECTION | : | |
| | : | SUBMITTED: March 24, 2020 |
| APPEAL OF:  ELVIRA N. BERRY | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**


**PER CURIAM**                                            **DECIDED:  April 15, 2020**

AND NOW, this 15th day of April, 2020, the Order of the Commonwealth Court is hereby **AFFIRMED**.  Appellant Elvira N. Berry's ancillary application for leave to file a reply brief is **GRANTED**.